In the Matter of the Claim of A. SMITH, Respondent, against MANMARK REALTY CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. —Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that claimant was an independent contractor. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CATHERINE O'CONNELL, Respondent, against CONVENT OF JESUS AND MARY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of PETER BURDY, Respondent, against CRATER FUEL CORPORATION, Respondent, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.